UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____US_____,
Plaintiff(s),

v.

__Joseph Elliott__,
Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/25

**CALENDAR NOTICE**

25 cr 224 (VB)

~~PLEASE~~ TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ (re-scheduled) for:

___ Status conference          ___ Final pretrial conference

___ Telephone conference       ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument              ___ Plea hearing

___ Bench ruling on motion     ✓ Sentencing

on __9-25-__, 20__25__, at __11:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __9-17-25__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __7-25-__, 20__25__
White Plains, NY

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge