# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/25

September 25, 2025

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 9/25/25
White Plains, NY

Re:   United States v. Joseph Elliott
      25 Cr 224 (VB)

Dear Honorable Briccetti,

I am writing to ask that Mr. Elliott's sentencing, which is currently scheduled to take place at 2:30pm on October 21st, be moved to 1:45pm that same day. I am making this request because I have a scheduling conflict. I have spoken to Your Honor's courtroom deputy and my understanding is that the Court has availability at 1:45pm on October 21st. I have communicated with AUSA Justin Brooke and he informed me that the Government consents to this request.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

cc:   Assistant United States Attorney Justin Brooke